May 1, 2008

**Via Facsimile (718) 613-254**
United States District Court
Eastern District of New York

Attn: Jeffrey

    RE: <u>GATRIE RAMKARRAW</u>
        Case #08MC99

Dear Sir/Madam:

Please be advised the above matter regarding the misspelling of my last name has been corrected.

Thank you. Any questions please contact me at 347-418-5438.

                                  Sincerely,

                                  Gaitrie Ramkarran

*[Handwritten note:] The clerk is directed to close the case. So ordered.*

s/Nicholas G. Garaufis, USDJ

5/2/08